UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BURTON DUPEE,<br><br>Plaintiff,<br><br>v.<br><br>HOYT LIVERY, INC., LYNDA SILVESTRO, AND SANTO SILVESTRO,<br><br>Defendants. | Civil Action No.: 3:13-cv-01185-DFM |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Burton Dupee ("Plaintiff") and Defendants Hoyt Livery, Inc., Santo Silvestro, and Lynda Silvestro ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate to the dismissal of all claims set forth in Plaintiff's Amended Complaint, without prejudice, without fees or costs to any party, and with all rights of appeal waived.

Respectfully submitted,

| Plaintiff, Burton Dupee, | Defendants, Hoyt Livery, Inc., Santo Silvestro, and Lynda Silvestro, |
|---|---|
| By his Attorney, | By their Attorneys, |
| /s/<br>Anthony J. Pantuso, III (ct 11638)<br>The Hayber Law Firm, LLC<br>221 Main Street, Suite 502<br>Hartford, CT 06106<br>(860) 522-8888<br>apantuso@hayberlawfirm.com | /s/ Anthony S. Califano<br>Barry J. Miller (admitted *pro hac vice*)<br>Anthony S. Califano (ct 27323)<br>SEYFARTH SHAW LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>bmiller@seyfarth.com<br>acalifano@seyfarth.com<br>Tel: (617) 946-4800<br>Fax: (617) 946-4801 |

DATED: December 18, 2014